FILED by RGS D.C.

NOV 0 5 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | Misc. No. 10-MC-24020 |
| THE EXTRADITION OF ) | |
| ) | |
| JONATHAN OCTAVIO NUNEZ ) | |

GOVERNMENT'S EXHIBIT # 1

**United States District Court**
**Southern District of Florida**

Case Number: _10-24070 mc_

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental paper "court file" in the division where the Judge is chambered. These attachments must <u>not</u> be placed in the "chron file".

## ☐ NOT SCANNED

- ☐ Due to Poor Quality
- ☒ Bound Extradition Papers
- ☐ Photographs
- ☐ Surety Bond (Original or Letter of Understanding)
- ☐ CD, DVD, VHS Tape, Cassette Tape
- ☐ Other: _____

## ☐ SCANNED

- ☐ But Poor Quality
- ☐ Habeas Cases (State Court Record/Transcript)

Date: _11/5/10_