UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA

```
FILED by _____ [initials] D.C.

NOV 19 2010

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI
```

IN THE MATTER OF      )
     )
THE EXTRADITION OF      )       Misc. No. <u>10-24020-MC-O'Sullivan</u>
     )
JONATHAN OCTAVIO NUNEZ   )
     /

## UNITED STATES' NOTICE OF FILING BATES-STAMPED VERSION OF GOVERNMENT'S EXHIBIT NUMBER 1

On November 5, 2010, the United States filed its Government's Exhibit Number 1 in this matter, consisting of bound extradition papers. *See* Docket Entry ("DE") 3. Pursuant to the practice of the Clerk's office, this material was not scanned. *See* DE 3, page two.

At a hearing on this matter on November 16, 2010, Magistrate Judge O'Sullivan ordered the government, *ore tenus*, to make a copy of Government's Exhibit Number 1, adding serial bates-numbering to each page for ease of reference. Magistrate Judge O'Sullivan ordered that this bates-stamped version be filed with the clerk, and a copy delivered to chambers.

The United States has prepared the bates-stamped version of Government's Exhibit 1 as directed. A copy (on compact disk) has been furnished to the defense. A paper copy is being simultaneously delivered to Magistrate Judge O'Sullivan's chambers. Another paper copy is being furnished to the clerk's office for filing, as directed by Magistrate Judge O'Sullivan, and is attached hereto.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:    <u>/s/   Caroline Heck Miller</u>

CAROLINE HECK MILLER
ASSISTANT U.S. ATTORNEY
Florida Bar Number 0322369
99 N.E. 4TH Street
Miami, Florida 33132
(305) 961-9432
(305) 530-6168 (fax)
caroline.miller@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 22, 2010, I mailed the foregoing Notice to

Sabrina Puglisi, Esq., Assistant Federal Public Defender, 150 W. Flagler Street, Suite 1700,

Miami, FL 33130-1556, counsel for Jonathan Octavio Nunez. A copy of the attached bates-

stamped version of Government's Exhibit Number 1 was previously delivered by mail, in

compact-disk format, to Ms. Puglisi.

/s/  Caroline Heck Miller
Caroline Heck Miller
Assistant U.S. Attorney

-2-

**United States District Court**
**Southern District of Florida**

Case Number: 1D-24D2D-MC-

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental paper "court file" in the division where the Judge is chambered. These attachments must <u>not</u> be placed in the "chron file".

☒ **NOT SCANNED**

☐     Due to Poor Quality

☒     Bound Extradition Papers

☐     Photographs

☐     Surety Bond (Original or Letter of Understanding)

☐     CD, DVD, VHS Tape, Cassette Tape

☒     Other: _____

☐ **SCANNED**

☐     But Poor Quality

☐     Habeas Cases (State Court Record/Transcript)

Date: 11/19/10