UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA

FILED by JC D.C.
DEC 08 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

IN THE MATTER OF )
)
THE EXTRADITION OF ) Misc. No. 10-24020-MC-O'Sullivan
)
JONATHAN OCTAVIO NUNEZ )
_____/

## UNITED STATES' NOTICE OF FILING
## SUPPLEMENT TO GOVERNMENT'S EXHIBIT NUMBER 1

On November 5, 2010, the United States filed its Government's Exhibit Number 1 in this matter, consisting of bound extradition papers reflecting the formal extradition request from Japan. *See* Docket Entry ("DE") 3.

The United States today files a supplement to Government's Exhibit Number 1. This supplement consists of additional bound documentary evidence, from the government of Japan, concerning the request for extradition, that is, a certified copy of a Japanese arrest warrant for Jonathan Octavio Nunez, dated November 10, 2010. This warrant remains valid for one year from that date, until November 10, 2011.

The latest arrest warrant contained in the original Government's Exhibit Number 1 is dated December 10, 2009, and expires December 10, 2010. *See* serially-numbered version of Government's Exhibit Number 1, at pages 30-43. The new arrest warrant, contained in the supplement filed with the court today, will continue the pendency of the Japanese order for arrest through the ongoing duration of these extradition proceedings.

Consistent with Magistrate Judge O'Sullivan's November 16, 2010, oral order to make and file a copy of Government's Exhibit Number 1, adding serial bates-numbering to each page for ease of reference, the United States today is also filing a separate bates-numbered version of the

supplement. The United States previously provided an electronic copy of the November 10, 2010 arrest warrant to defense counsel for immediate use, and will provide defense counsel with a physical copy of the formal supplement package, and with the bates-stamped version.

The United States is filing this supplement to Government's Exhibit 1 in conventional form because it contains bound extradition materials. Like Government's Exhibit 1, this supplement thereto is red ribbon-bound and affixed with an embossed red seal of the United States Department of State. The red ribbon is unbroken and intact. The red seal is affixed and attaches the ribbon ends onto the document.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: _____
CAROLINE HECK MILLER
ASSISTANT U.S. ATTORNEY
Florida Bar Number 0322369
99 N.E. 4TH Street
Miami, Florida 33132
(305) 961-9432
(305) 530-6168 (fax)
caroline.miller@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2010, I caused the foregoing Notice and attached documents to be filed with the Clerk of the Court, and a true and correct copy of the Notice and attached documents to be mailed Sabrina Puglisi, Asst.Federal Public Defender, 150 W. Flagler Street, Suite 1700, Miami, FL 33130-1556, counsel for JONATHAN OCTAVIO NUNEZ.

_____
Caroline Heck Miller
Assistant U.S. Attorney

-2-

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA

IN THE MATTER OF )
)
THE EXTRADITION OF ) Misc. No. <u>10-24020-MC-O'Sullivan</u>
)
JONATHAN OCTAVIO NUNEZ )
_____ /

SUPPLEMENT TO

<u>GOVERNMENT'S EXHIBIT #1</u>

U.S. Department of State

## CERTIFICATE TO BE ATTACHED TO DOCUMENTARY EVIDENCE ACCOMPANYING REQUISITIONS IN THE UNITED STATES FOR EXTRADITION
### AMERICAN FOREIGN SERVICE



11-18-2010
Place and Date *(mm-dd-yyyy)*

John V. Roos , Ambassador
Name Title

of the United States of America at Tokyo, Japan

hereby certify that the annexed papers, being supporting documents

proposed to be used upon an application for the extradition from the United States of America

Jon Octavio Nunez

charged with the crime of violation of the Narcotics and Psychotropics Control Law and the Stimulants Control Law

alleged to have been committed in Japan

are properly and legally authenticated so as to entitle them to be received in evidence for similar purposes by

the tribunals of Japan

as required by Title 18, United States Code, Section 3190.

In witness whereof I hereunto sign my name and cause my seal of office to be affixed

this eighteenth day of November 2010.
Month and Year

*[signature: John V. Roos]*
Signature

John V. Roos, Ambassador
Type Name and Title of Certifying Officer
of the United States of America.

DS-36
04-2007

平成 22 年 11 月 16 日

アメリカ合衆国の権限ある当局　殿

警察庁刑事局組織犯罪対策部
国 際 捜 査 管 理 官
牛嶋　正人 

　麻薬及び向精神薬取締法違反及び覚せい剤取締法違反被疑者 JONATHAN OCTAVIO NUNEZ の引渡請求に係る関係書類の追加送付について
　日本国警察庁は、アメリカ合衆国の権限ある当局に対して、上記被疑者の引渡請求に係る逮捕状（謄本）を追加送付します。
　なお、ここに提出する関係書類は、正式に認証された書類に適正な英訳文が添付されたものです。

  

# 逮　　捕　　状（通常逮捕）

| | |
|---|---|
| 被疑者の氏名 | ジョナサン　オクタビオ　ヌニェス<br>JONATHAN OCTAVIO NUNEZ |
| 被疑者の年齢<br>住居，職業<br>罪名<br>被疑事実の要旨<br>被疑者を引致すべき場所<br>請求者の官公職氏名 | 別紙逮捕状請求書のとおり |
| 有効期間 | 平成２３年１１月１０日まで |

有効期間経過後は，この令状により逮捕に着手することができない。この場合には，これを当裁判所に返還しなければならない。
有効期間内であっても，逮捕の必要がなくなったときは，直ちにこれを当裁判所に返還しなければならない。

上記の被疑事実により，被疑者を逮捕することを許可する。
平成２２年１１月１０日
横須賀簡易裁判所
裁判官　小　川　親　治

| | |
|---|---|
| 逮捕者の官公職氏名 | |
| 逮捕の年月日時及び場所 | 平成　年　月　日　午　時　分で逮捕 |
| 記名押印 | |
| 引致の年月日時 | 平成　年　月　日　午　時　分 |
| 記名押印 | |
| 送致する手続をした年月日時 | 平成　年　月　日　午　時　分 |
| 記名押印 | |
| 送致を受けた年月日時 | 平成　年　月　日　午　時　分 |
| 記名押印 | |

これは謄本である
平成22年11月10日
横須賀簡易裁判所
裁判所書記官　岡村　乾

様式第11号（刑訴第199条,規則第139条,第142条,第143条） （その1）

# 逮捕状請求書（甲）

平成22年11月10日

横須賀簡易裁判所
　　　裁判官　殿

神奈川県　横須賀　警察署
刑事訴訟法第199条第2項による指定を受けた司法警察員
警部　荻原　大

下記被疑者に対し，麻薬及び向精神薬取締法違反ならびに覚せい剤取締法違反被疑事件につき，逮捕状の発付を請求する。

記

1　被疑者
　　氏　　名　JONATHAN OCTAVIO NUNEZ
　　年　　齢　1982年1月21日生（28歳）
　　職　　業　不詳
　　住　　居　不詳

2　7日を超える有効期間を必要とするときは，その期間及び事由
　　期間　1年
　　事由　被疑者は現在国外逃亡中であり、米国政府に対し、身柄引き渡し要請中であるが、米国における引渡し手続きのためには1年間有効の逮捕状が必要であるため。

3　引致すべき官公署又はその他の場所
　　神奈川県横須賀警察署又は逮捕地を管轄する警察署

4　逮捕状を数通必要とするときは，その数及び事由



5　被疑者が罪を犯したことを疑うに足りる相当な理由
　　(1)司法警察員作成の捜査報告書
　　(2)各種押収関係書類（謄本）
　　(3)輸入関係書類（謄本）
　　(4)鑑定嘱託書及び鑑定書の謄本
　　(5)電話通信紙
　　(6)共犯者の供述調書及び上申書



6　被疑者の逮捕を必要とする事由
　　被疑者は、本件捜査を察知して現在、国外に逃亡中であり、証拠隠滅のおそれがあるため。



様式第１１号（刑訴第199条,規則第139条,第142条,第143条　逮捕状請求書（甲））　　　　　　（その２）

7　被疑者に対し，同一の犯罪事実又は現に捜査中である他の犯罪事実について，前に逮捕状の請求又は
　　その発付があったときは，その旨及びその犯罪事実並びに同一の犯罪事実につき更に逮捕状を請求する
　　理由
　　　　　被疑者に対する同一事実により、平成１６年８月１１日付、横須賀簡易裁判所裁判官
　　　高柳輝夫から逮捕状の発付を受け、以後２４回更新し、平成２１年１２月１０日、横須
　　　賀簡易裁判所裁判官小川親治から逮捕状の発付を受け捜査したが、被疑者は平成１６年
　　　８月６日に本邦から出国後、現在までに入国した事実がなく、また、アメリカ合衆国政
　　　府に対し、身柄引き渡し要請中であるが、同国政府による被疑者の身柄の確保及び引渡
　　　し手続きには相当期間を要する旨回答があり、逮捕状の有効期間内に執行できる見込み
　　　がないことから、逮捕状の有効期間を１年として同一事実により再請求するもの。
8　３０万円（刑法，暴力行為等処罰に関する法律及び経済関係罰則の整備に関する法律の罪以外の罪に
　　ついては，２万円）以下の罰金，拘留又は科料に当たる罪については，刑事訴訟法第199条第1項ただし
　　書に定める事由

9　被　疑　事　実　の　要　旨
　　　　別紙記載のとおり

別　紙

被疑事実の要旨

　被疑者は、Ｂａｂｅ　Ａｎｔｏｎｉｏ　Ｃｏｌｅ、Ｗｉｌｌｉａｍ　Ｅｕｇｅｎｅ　Ｊｅｎｋｉｎｓ　Ｊｒ他数名と共謀のうえ、みだりに、営利の目的で、麻薬であるＭＤＭＡ及び覚せい剤を本邦に輸入することを企て、
　　第１　平成１６年７月ころ、健康補助食品として偽装した麻薬であるＭＤＭＡを米軍非公用軍事郵便内に隠匿し、カナダ国内の郵便局からＭｒ．Ｍｒｓ　Ｊｏｈｎ　Ｐａｒｋｅｒを発送人として、在日米海軍横須賀基地福利厚生部隊（私書箱６０）受取人名義Ｂａｂｅ　Ａ．Ｃｏｌｅ宛てに発送し、平成１６年７月２８日（現地時間）アメリカ合衆国ワシントン州シアトル発ユナイテッド航空８７５便に搭載させ、平成１６年７月２９日午後２時４０分ころ、千葉県成田市所在　新東京国際空港に到着した同航空便から、情を知らない空港職員をして前記ＭＤＭＡが隠匿された非公用軍事郵便を機外に搬出させて本邦内に持ち込み、もって、麻薬であるＭＤＭＡ２９，８５９錠を輸入し
　　第２　平成１６年７月ころ、健康補助食品として偽装したＭＤＭＡ、ＭＤＭＡと覚せい剤が含有する錠剤、並びに覚せい剤を米軍非公用軍事郵便内に隠匿し、カナダ国内の郵便局からＭｒ．ＭｒｓＬｏｎｇｗｏｒｔｈを発送人として、在日米海軍横須賀基地福利厚生部隊（私書箱６０）受取人Ｗｉｌｌｉａｍ　Ｊｅｎｋｉｎｓ宛てに発送し、平成１６年７月２８日（現地時間）アメリカ合衆国ワシントン州シアトル発ユナイテッド航空８７５便に搭載させ、平成１６年７月２９日午後２時４０分ころ、千葉県成田市所在　新東京国際空港に到着した同航空便から、情を知らない空港職員をして前記ＭＤＭＡ及び覚せい剤などが隠匿された非公用軍事郵便を機外に搬出させて本邦内に持ち込み、もって、麻薬であるＭＤＭＡ１３７錠、及びＭＤＭＡと覚せい剤が含有する錠剤２０，０７６錠、並びに覚せい剤約１３６．７３グラムを輸入したものである。

この書類と同種の書類は，日本国における逃亡犯罪人引渡請求事件の審理において，証拠として許容し得るものであることを証明する。

平成22年11月16日

法務省刑事局国際課長

検　事　　和田雅樹

November /6 ,2010

To: The Competent Authority
of the United States of America

Additional Documentary Evidence concerning the Request for Extradition of JONATHAN OCTAVIO NUNEZ, the suspect in the case of violation of the Narcotics and Psychotropics Control Law and the Stimulants Control Law.

The National Police Agency, Japan, respectfully submits the certified copy of Arrest Warrant as documentary evidence concerning the request for extradition of the above-mentioned suspect to the Competent Authority of the United States of America.

The document submitted herein is duly certified and authenticated together with certified translations in English.

Masato USHIJIMA
Director for International Investigative Operations Division
Organized Crime Control Department
Criminal Investigation Bureau
National Police Agency of Japan

WARRANT OF ARREST

Name of Suspect: JONATHAN OCTAVIO NUNEZ

Age:

Residence:

Occupation:

Nature of Offenses:            As per attached request for warrant of arrest

Summary of Offenses:

Place, the suspect shall be taken to:

Warrant requested by:

Warrant valid until: November 10, 2011

This is to authorize the arrest of the aforementioned suspect based on the allegation(s) mentioned above.

Arrest shall not be effected on this warrant after its validity expired. If expired, this warrant shall be returned to this issuing court. Whenever the arrest becomes unnecessary, this warrant shall immediately be returned to this issuing court even if it is still valid.

                                                     OGAWA, Shinji (Seal)

                                                     Judge

                                                     Yokosuka Summary Court

                                                     Date: November 10, 2010

Arrested by (name and official title):

Time, date and place of arrest:

Signature and seal:

Time and date of police custody:

Signature and seal:

Time and date of transfer of arrestee to public prosecutor:

Signature and seal:

Time and date of public prosecutor's receipt of arrestee

Signature and seal:

               This is to certify that this copy is true to the original.

               Court Secretary OKAMURA, Inui (Stamp & Seal)

                     Yokosuka Summary Court

                        Date: November 10, 2010

Request for Warrant of Arrest

Date: November 10, 2010

To : Judge, Yokosuka Summary Court

From: OGIWARA, Taichi, Police Inspector, Yokosuka Police Station, Kanagawa Prefecture

Judicial Police Officer designated under Par.2, Art.199 of the Code of Criminal Procedure

It is requested that an arrest warrant be issued against the following suspect for the alleged violations of the Narcotics & Psychotropics Control Law and the Stimulants Control Law.

1 Suspect

Name: JONATHAN OCTAVIO NUNEZ

Date of Birth: January 21, 1982 (28 years old)

Occupation: unknown

Residence: unknown

2 If the warrant's validity of more than seven days is required, specify the term of the validity and the reason(s) therefore.
   1) Term of the validity: one year
   2) Reason: The suspect is at large overseas and we are requesting the extradition of him from the United States government. One year period is necessary for extradition procedure in the United States of America.

3 Public office or other place, the suspect shall be taken to: Yokosuka Police Station, Kanagawa Prefecture or the police station which has jurisdiction over the place of arrest.

4 If several arrest warrants are required, specify the number and the reason(s) therefore.    N/A

5 Probable cause the suspect committed the offenses:
   1) Reports of investigation prepared by judicial police officers
   2) Seizure-related documents (certified copy)
   3) Import-related documents (certified copy)
   4) Certified copies of requests for drug analysis and laboratory reports
   5) Telephonic message sheets

      6)   Written statements and written reports of the accomplices

6   Reasonable grounds for requiring the arrest of the suspect:
The suspect learned of the investigation into his offenses and is at large overseas. Also, he would probably destroy evidence.

7   If a warrant of arrest was requested or issued already against the suspect for the same fact(s) or a different fact currently under investigation, describe it was requested or issued and specify the fact(s) and the reasons(s) why a warrant of arrest is requested again for the same fact(s).

On August 11, 2004, TAKAYANAGI, Teruo, a Yokosuka Summary Court judge, issued an arrest warrant against the suspect for the same facts. Afterward, we prefer to renew the arrest warrant 24times. In a continued effort to pursue the suspect, the warrant was issued on December 10, 2009 by Judge OGAWA, Shinji, Yokosuka Summary Court. But it is unlikely to be served on the suspect before its validity expires as records show that the suspect has not entered Japan since he left on August 6, 2004 and even though we are requesting his extradition to the U.S. authorities, we were informed that it takes a considerable time to arrest and extradite him to Japan. So an arrest warrant of one year validity is requested to be issued for the same facts.

8   Specify the reason(s) provided under the provisos, Para. 1, Art. 199 of the Code of Criminal Procedure if the offense is subject to a fine not exceeding 300,000 yen, penal detention or a minor fine, or ( if the offense is other than those provided under the Penal Code, the Law to Punish Violent Acts, etc, and the Law to Modify Penal Provisions for the Economic Affairs, and is subject to a fine not exceeding 20,000 yen)
                              N/A

9   Summary of Offenses:
     As per attached summary of offenses

Attachment

Summary of Offenses

Conspiring with Babe Antonio Cole, William Eugene Jenkins Jr. et al. to illicitly import narcotics, to wit, MDMA and methamphetamine into Japan for profit-making, the suspect allegedly did,

1. around July 2004, conceal supplement-disguised MDMA into the parcel routed by U.S. Military unofficial mail,
   send the parcel to the addressee "Babe A. Cole, Morale Welfare Recreational Unit(PO Box60), U.S. Naval Yokosuka Base, Japan" from a post office in Canada, describing "Mr. and Mrs. John Parker" as a sender,
   have the parcel on board the United Airlines Flight #875 departing Seattle, Washington, the U.S.A. on July 28, 2004 (local time),
   bring the parcel into Japan via airport personnel who unknowingly unloaded it from the airplane arriving at the Narita International Airport in Narita city, Chiba prefecture on July 29, 2004 at approx 2:40 p.m., and thus import 29,859 MDMA tablets.

2. around July 2004, conceal into the parcel routed by U.S. Military unofficial mail MDMA, mixed MDMA/methamphetamine tablets and methamphetamine which are disguised as supplements,
   send the parcel to the addressee "William Jenkins, Morale Welfare Recreational Unit(PO Box60), U.S. Naval Yokosuka Base, Japan" from a post office in Canada, describing "Mr. and Mrs. Longworth" as a sender,
   have the parcel on board the United Airlines Flight #875 departing Seattle, Washington, the U.S.A. on July 28, 2004 (local time),
   bring the parcel into Japan via airport personnel who unknowingly unloaded it from the airplane arriving at the Narita International Airport in Narita city, Chiba prefecture on July 29, 2004 at approx 2:40 p.m., and thus import 137 MDMA tablets, 20,076 mixed MDMA/methamphetamine tablets and 136.73 grams of methamphetamine.

This is to certify that documents of this kind are admissible as evidence in Japanese court in its examination of requests for extradition.

> November 16, 2010
> Masaki WADA (Seal)
> Prosecutor
> Director
> International Affairs Division
> Criminal Affairs Bureau
> Ministry of Justice

This is to certify that Yoshinori MOMONOI has translated the foregoing documents into English and it is true to the Japanese original.

*[signature: Yoshinori Momonoi]*

Yoshinori MOMONOI
Police Inspector
International Investigative Operations Division
Organized Crime Department, Criminal Investigation Bureau
National Police Agency of Japan

This is to certify that the said officer, with sufficient ability, has translated the Japanese original into English.

*[signature: M. Ushijima]*

Masato USHIJIMA
Director
International Investigative Operations Division
Organized Crime Department, Criminal Investigation Bureau
National Police Agency of Japan