UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ML___ D.C.

JAN 04 2011

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

IN THE MATTER OF       )

)

THE EXTRADITION OF      )     Misc. No. <u>10-24020-MC-O'Sullivan</u>

)

JONATHAN OCTAVIO NUNEZ   )

_____/

### UNITED STATES' NOTICE OF FILING SECOND SUPPLEMENT TO GOVERNMENT'S EXHIBIT NUMBER 1

On November 5, 2010, the United States filed its Government's Exhibit Number 1 in this matter, consisting of bound extradition papers reflecting the formal extradition request from Japan. *See* Docket Entry ("DE") 3. On December 8, 2010, the United States filed a Supplement to Government's Exhibit 1, consisting of additional bound papers comprising part of the extradition package from Japan. *See* DE 27.

The United States today files a second supplement to Government's Exhibit Number 1. This second supplement consists of additional bound documentary evidence, from the government of Japan, concerning the request for extradition, that is, certified copies of two Japanese arrest warrants for Jonathan Octavio Nunez, one dated June 19, 2009 and valid until September 19, 2009, and one dated August 3, 2009, and valid until February 3, 2010.

Consistent with Magistrate Judge O'Sullivan's November 16, 2010, oral order to make and file a copy of Government's Exhibit Number 1, adding serial bates-numbering to each page for ease of reference, the United States today is also filing a separate bates-numbered version of the second supplement. The United States previously provided a telefaxed copy of the June 19, 2009, and August 3, 2009, arrest warrants to defense counsel for immediate use, and will provide defense counsel with a physical copy of the formal second supplement package, and with the bates-stamped

version.

The United States is filing this second supplement to Government's Exhibit 1 in conventional form because it contains bound extradition materials. Like Government's Exhibit 1, this second supplement thereto is red ribbon-bound and affixed with an embossed red seal of the United States Department of State. (Each of the two warrants bears separate red ribbon and seal.) The red ribbons are unbroken and intact. The red seals are affixed and attach the ribbon ends onto the document.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: _____
CAROLINE HECK MILLER
ASSISTANT U.S. ATTORNEY
Florida Bar Number 0322369
99 N.E. 4TH Street
Miami, Florida 33132
(305) 961-9432
(305) 530-6168 (fax)
caroline.miller@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2011, I caused the foregoing Notice and attached documents to be filed with the Clerk of the Court, and a true and correct copy of the Notice and attached documents to be mailed to Sabrina Puglisi, Esq., Courthouse Center, 40 N.W. 3rd Street, Penthouse One, Miami, FL 33128,  counsel for JONATHAN OCTAVIO NUNEZ.

_____
Caroline Heck Miller
Assistant U.S. Attorney

-2-



U.S. Department of State

## CERTIFICATE TO BE ATTACHED TO DOCUMENTARY
## EVIDENCE ACCOMPANYING REQUISITIONS IN
## THE UNITED STATES FOR EXTRADITION
## AMERICAN FOREIGN SERVICE



08-19-2009
Place and Date *(mm-dd-yyyy)*

James P. Zumwalt , Charge d'Affaires ad interim
Name                                    Title

 nited States of America at       Tokyo, Japan

H  ertify that the annexed papers, being   supporting documents

pr   to be used upon an application for the extradition from the United States of America

Jo  ctavio Nunez

cha  n the crime of   violation of the Narcotics and Psychotropics Control Law and

the  s Control Law

alleg  ve been committed in              Japan

are p  d legally authenticated so as to entitle them to be received in evidence for similar purposes by

the tri  Japan

as req  itle 18, United States Code, Section 3190.

   hereof I hereunto sign my name and cause my seal of office to be affixed

th  nineteenth   day of          August 2009.
                                      Month and Year

Signature

James P. Zumwalt, Charge d'Affaires ad interim
Type Name and Title of Certifying Officer
of the United States of America.

DS-36
04-2007

平 成　２１ 年　８ 月　10 日

アメリカ合衆国の権限ある当局　殿

警察庁刑事局組織犯罪対策部長



　　麻薬及び向精神薬取締法違反及び覚せい剤取締法違反被疑者　JONATHAN
　　OCTAVIO NUNEZ の引渡請求に係る関係書類の追加送付について
　日本国警察庁は、アメリカ合衆国の権限ある当局に対して、上記被疑者の引渡請
求に係る逮捕状（謄本）を追加送付します。
　なお、ここに提出する関係書類は、正式に認証された書類に適正な英訳文が添付
されたものです。

| 逮　　捕　　状 (通常逮捕) | |
|---|---|
| 被 疑 者 の 氏 名 | ジョナサン　　オクタビオ　　ヌニェス<br>JONATHAN　OCTAVIO　NUNEZ |
| 被 疑 者 の 年 齢<br>住　居 ，　職　業<br>罪　　　　　名<br>被 疑 事 実 の 要 旨<br>被疑者を引致すべき場所<br>請 求 者 の 官 公 職 氏 名 | 別紙逮捕状請求書のとおり |
| 有　　効　　期　　間 | 平 成 ２ ２ 年 ２ 月 ３ 日 ま で |

　　有効期間経過後は，この令状により逮捕に着手することができない。この場合には，これを当裁判所に返還しなければならない。
　　有効期間内であっても，逮捕の必要がなくなったときは，直ちにこれを当裁判所に返還しなければならない。

上記の被疑事実により，被疑者を逮捕することを許可する。
　平 成 ２ １ 年 ８ 月 ３ 日
　　　　　横 須 賀 簡 易 裁 判 所
　　　　　　　　裁 判 官　小　　川　　親　　治

| 逮 捕 者 の 官 公 職 氏 名 | |
|---|---|
| 逮 捕 の 年 月 日 時<br>及　　び　　場　　所 | 平 成　　年　　月　　日 午　　　　　時　　　分<br>で 逮 捕 |
| 記　名　押　印 | |
| 引 致 の 年 月 日 時 | 平 成　　年　　月　　日 午　　　　　時　　　分 |
| 記　名　押　印 | |
| 送 致 す る 手 続 を し た<br>年　　月　　日　　時 | 平 成　　年　　月　　日 午　　　　　時　　　分 |
| 記　名　押　印 | |
| 送 致 を 受 け た 年 月 日 時 | 平 成　　年　　月　　日 午　　　　　時　　　分 |
| 記　名　押　印 | |

これは謄本である

様式第１１号（刑訴第199条,規則第139条,第142条,第143条）　　　　　　　　　　（その１）

# 逮捕状請求書（甲）

平成 21年　8月 3日

裁判所
　　裁判官　殿

神奈川県　横須賀　警察署

刑事訴訟法第199条第2項による指定を受けた司法警察員
警部　　川井　早希　　㊞

　下記被疑者に対し,麻薬及び向精神薬取締法違反並びに覚せい剤取締法違反被疑事件につき,
逮捕状の発付を請求する。

記

1　被疑者
　　氏　　名　　ジョナサン　オクタビオ　スニェス
　　　　　　　　JONATHAN OCTAVIO NUNEZ
　　年　　齢　　１９８２年　１月21日　生（　27 歳）

　　職　　業　　不詳
　　住　　居　　不詳

2　7日を超える有効期間を必要とするときは，その期間及び事由
　　期間　（一年）6ヶ月
　　事由　被疑者は現在国外逃亡中であり、米国政府に対し、身柄引き渡し要請中である
　　　　　が、米国における引渡し手続きのためには（一年）間有効の逮捕状が必要であるため。 

3　引致すべき官公署又はその他の場所
　　神奈川県横須賀警察署又は逮捕地を管轄する警察署

4　逮捕状を数通必要とするときは，その数及び事由

5　被疑者が罪を犯したことを疑うに足りる相当な理由
　　(1)司法警察員作成の捜査報告書
　　(2)各種押収関係書類（謄本）
　　(3)輸入関係書類（謄本）
　　(4)鑑定嘱託書及び鑑定書の謄本
　　(5)電話通信紙
　　(6)共犯者の供述調書及び上申書



6　被疑者の逮捕を必要とする事由
　　被疑者は、本件捜査を察知して現在、国外に逃亡中であり、証拠隠滅のおそれがある
　　ため。

様式第１１号（刑訴第199条,規則第139条,第142条,第143条　逮捕状請求書（甲））　　　　　（その２）

7　被疑者に対し，同一の犯罪事実又は現に捜査中である他の犯罪事実について，前に逮捕状の請求又は
　その発付があったときは，その旨及びその犯罪事実並びに同一の犯罪事実につき更に逮捕状を請求する
　理由

　　　　被疑者に対する同一事実により、平成１６年８月１１日付、横須賀簡易裁判所裁判官
　高柳輝夫から逮捕状の発付を受け、以後２２回更新し、平成２１年６月１９日、横須賀
　簡易裁判所裁判官小川親治から逮捕状の発付を受け捜査したが、被疑者は平成１６年８
　月６日に本邦から出国し、その後現在までに入国した事実がなく、またアメリカ合衆国
　国政府に対し、身柄引き渡しを要請中であるが、同国政府による被疑者の身柄の確保及び
　引き渡し手続きには相当期間を要する旨回答があり、逮捕状の有効期間内に執行できる見
　込みがないことから、逮捕状の有効期間を１年として同一事実により再請求するもの。

8　３０万円（刑法，暴力行為等処罰に関する法律及び経済関係罰則の整備に関する法律の罪以外の罪に
　ついては，２万円）以下の罰金，拘留又は科料に当たる罪については，刑事訴訟法第199条第1項ただし
　書に定める事由



9　被　疑　事　実　の　要　旨

　　　別紙記載のとおり

別　紙

被疑事実の要旨

　　被疑者は、Ｂａｂｅ　Ａｎｔｏｎｉｏ　Ｃｏｌｅ、Ｗｉｌｌｉａｍ　Ｅｕｇｅｎ
ｅ　Ｊｅｎｋｉｎｓ　Ｊｒ他数名と共謀のうえ、みだりに、営利の目的で、麻薬で
あるＭＤＭＡ及び覚せい剤を本邦に輸入することを企て、

　第１　平成１６年７月ころ、健康補助食品として偽装した麻薬であるＭＤＭＡを
　　　　米軍非公用軍事郵便内に隠匿し、カナダ国内の郵便局からＭｒ．Ｍｒｓ　Ｊ
　　　　ｏｈｎ　Ｐａｒｋｅｒを発送人として、在日米海軍横須賀基地福利厚生部隊
　　　　（私書箱６０）受取人名義Ｂａｂｅ　Ａ．Ｃｏｌｅ宛てに発送し、平成１６
　　　　年７月２８日（現地時間）アメリカ合衆国ワシントン州シアトル発ユナイテ
　　　　ッド航空８７５便に搭載させ、平成１６年７月２９日午後２時４０分ころ、
　　　　千葉県成田市所在　新東京国際空港に到着した同航空便から、情を知らない
　　　　空港職員をして前記ＭＤＭＡが隠匿された非公用軍事郵便を機外に搬出させ
　　　　て本邦内に持ち込み、もって、麻薬であるＭＤＭＡ２９，８５９錠を輸入し

　第２　平成１６年７月ころ、健康補助食品として偽装したＭＤＭＡ、ＭＤＭＡと
　　　　覚せい剤が含有する錠剤、並びに覚せい剤を米軍非公用軍事郵便内に隠匿し、
　　　　カナダ国内の郵便局からＭｒ．ＭｒｓＬｏｎｇｗｏｒｔｈを発送人として、
　　　　在日米海軍横須賀基地福利厚生部隊（私書箱６０）受取人Ｗｉｌｌｉａｍ　
　　　　Ｊｅｎｋｉｎｓ宛てに発送し、平成１６年７月２８日（現地時間）アメリカ
　　　　合衆国ワシントン州シアトル発ユナイテッド航空８７５便に搭載させ、平成
　　　　１６年７月２９日午後２時４０分ころ、千葉県成田市所在　新東京国際空港
　　　　に到着した同航空便から、情を知らない空港職員をして前記ＭＤＭＡ及び覚
　　　　せい剤などが隠匿された非公用軍事郵便を機外に搬出させて本邦内に持ち込
　　　　み、もって、麻薬であるＭＤＭＡ１３７錠、及びＭＤＭＡと覚せい剤が含有
　　　　する錠剤２０，０７６錠、並びに覚せい剤約１３６．７３グラムを輸入し

たものである。

　この書類と同種の書類は，日本国における逃亡犯罪人引渡請求事件の
審理において，証拠として許容し得るものであることを証明する。


　　　平成 **21**年 **8** 月 **7** 日


　　　　法務省刑事局国際課長

　　　　　検　事　　和　田　雅　樹

**NATIONAL POLICE AGENCY**
**J A P A N**



1-2, 2-Chome, Kasumigaseki
Chiyoda-ku, Tokyo, 100-8974
Japan

August *10* ,2009

To: The Competent Authority
of the United States of America

Additional Documentary Evidence concerning the Request for Extradition of JONATHAN OCTAVIO NUNEZ, the suspect in the case of violation of the Narcotics and Psychotropics Control Law and the Stimulants Control Law.

The National Police Agency, Japan, respectfully submits the certified copy of Arrest Warrant as documentary evidence concerning the request for extradition of the above-mentioned suspect to the Competent Authority of the United States of America.

The document submitted herein is duly certified and authenticated together with certified translations in English.

Misao  TAKAHASHI
Director-General
Organized Crime Control Department
Criminal Investigation Bureau
National Police Agency of Japan

WARRANT OF ARREST

Name of Suspect: JONATHAN OCTAVIO NUNEZ

Age:

Residence:

Occupation:

Nature of Offenses:                    As per attached request for warrant of arrest

Summary of Offenses:

Place, the suspect shall be taken to:

Warrant requested by:


Warrant valid until: February 3, 2010


This is to authorize the arrest of the aforementioned suspect based on the allegation(s) mentioned above.

Arrest shall not be effected on this warrant after its validity expired. If expired, this warrant shall be returned to this issuing court. Whenever the arrest becomes unnecessary, this warrant shall immediately be returned to this issuing court even if it is still valid.


                              OGAWA, Shinji (Seal)

                              Judge

                              Yokosuka Summary Court

                              Date: August 3, 2009


Arrested by (name and official title):

Time, date and place of arrest:

Signature and seal:

Time and date of police custody:

Signature and seal:

Time and date of transfer of arrestee to public prosecutor:

Signature and seal:

Time and date of public prosecutor's receipt of arrestee

Signature and seal:

          This is to certify that this copy is true to the original.

          Court Secretary OKAMURA, Inui (Stamp & Seal)

                    Yokosuka Summary Court

                         Date: August 3, 2009

Request for Warrant of Arrest

Date: August 3, 2009

To   : Judge, Yokosuka Summary Court

From: KAWAI Takashi, Police Inspector, Yokosuka Police Station, Kanagawa Prefecture
Judicial Police Officer designated under Par.2, Art.199 of the Code of Criminal
Procedure

It is requested that an arrest warrant be issued against the following suspect for the
alleged violations of the Narcotics & Psychotropics Control Law and the Stimulants
Control Law.

1   Suspect
Name: JONATHAN OCTAVIO NUNEZ
Date of Birth: January 21, 1982 (27 years old)
Occupation: unknown
Residence: unknown

2   If the warrant's validity of more than seven days is required, specify the term of the
validity and the reason(s) therefore.
1)   Term of the validity: (one year) six months
2)   Reason: The suspect is at large overseas and we are requesting the extradition
of him to the United State's government.  (One year) Six months period is
necessary for extradition procedure in the United State of America.

3   Public office or other place, the suspect shall be taken to: Yokosuka Police Station,
Kanagawa Prefecture or the police station which has jurisdiction over the place of
arrest.

4   If several arrest warrants are required, specify the number and the reason(s)
therefore.          N/A

5   Probable cause the suspect committed the offenses:
1)   Reports of investigation prepared by judicial police officers
2)   Seizure-related documents (certified copy)
3)   Import-related documents (certified copy)
4)   Certified copies of requests for drug analysis and laboratory reports
5)   Telephonic message sheets
6)   Statements made by co-suspects

6   Reasonable grounds for requiring the arrest of the suspect:
The suspect learned of the investigation into the offenses, is at large overseas and would probably destroy evidence.

7   If a warrant of arrest was requested or issued already against the suspect for the same fact(s) or a different fact currently under investigation, describe it was requested or issued and specify the fact(s) and the reasons(s) why a warrant of arrest is requested again for the same fact(s).

On August 11, 2004, TAKAYANAGI, Teruo, a Yokosuka Summary Court judge, issued an arrest warrant against the suspect for the same facts. Afterward, we prefer to renew the arrest warrant 22 times. In a continued effort to pursue the suspect, the warrant was issued on June 19, 2009 by Judge OGAWA, Shinji, Yokosuka Summary Court, but it is unlikely to be served on the suspect before its validity expires as records show that the suspect has not entered Japan since he left on August 6, 2004. Also his extradition was requested to the U.S. authorities, but we were informed that it takes a considerable time to arrest and extradited him to Japan. So an arrest warrant of one year validity is requested to be issued for the same facts.

8   Specify the reason(s) provided under the provisos, Para. 1, Art. 199 of the Code of Criminal Procedure if the offense is subject to a fine not exceeding 300,000 yen, penal detention or a minor fine, or ( if the offense is other than those provided under the Penal Code, the Law to Punish Violent Acts, etc, and the Law to Modify Penal Provisions for the Economic Affairs, and is subject to a fine not exceeding 20,000 yen)

N/A

9   Summary of Offenses:
As per attached summary of offenses

Attachment

Summary of Offenses

Conspiring with Babe Antonio Cole, William Eugene Jenkins Jr. et al. to illicitly import narcotics, to wit, MDMA and methamphetamine into Japan for profit-making, the suspect allegedly did,

1. around July 2004, conceal supplement-disguised MDMA into the parcel routed by U.S. Military unofficial mail,

   send the parcel to the addressee "Babe A. Cole, Morale Welfare Recreational Unit(PO Box60), U.S. Naval Yokosuka Base, Japan" from a post office in Canada, describing "Mr. and Mrs. John Parker" as a sender,

   have the parcel on board the United Airlines Flight #875 departing Seattle, Washington, the U.S.A. on July 28, 2004 (local time),

   bring the parcel into Japan via airport personnel who unknowingly unloaded it from the airplane arriving at the Narita International Airport in Narita city, Chiba prefecture on July 29, 2004 at approx 2:40 p.m., and thus import 29,859 MDMA tablets.

2. around July 2004, conceal into the parcel routed by U.S. Military unofficial mail MDMA, mixed MDMA/methamphetamine tablets and methamphetamine which are disguised as supplements,

   send the parcel to the addressee "William Jenkins, Morale Welfare Recreational Unit(PO Box60), U.S. Naval Yokosuka Base, Japan" from a post office in Canada, describing "Mr. and Mrs. Longworth" as a sender,

   have the parcel on board the United Airlines Flight #875 departing Seattle, Washington, the U.S.A. on July 28, 2004 (local time),

   bring the parcel into Japan via airport personnel who unknowingly unloaded it from the airplane arriving at the Narita International Airport in Narita city, Chiba prefecture on July 29, 2004 at approx 2:40 p.m., and thus import 137 MDMA tablets, 20,076 mixed MDMA/methamphetamine tablets and 136.73 grams of methamphetamine.

This is to certify that documents of this kind are admissible as evidence in Japanese court in its examination of requests for extradition.

August 7, 2009

Masaki WADA (Seal)

Prosecutor

Director

International Affairs Division

Criminal Affairs Bureau

Ministry of Justice

This is to certify that Yoshinori MOMONOI has translated the foregoing documents into English and it is true to the Japanese original.

桃井　義典

Yoshinori MOMONOI
Police Inspector
International Investigative Operations Division
Organized Crime Department, Criminal Investigation Bureau
National Police Agency of Japan

This is to certify that the said officer, with sufficient ability, has translated the Japanese original into English.

鶴谷　明憲一

Akinori　TSURUYA
Director
International Investigative Operations Division
Organized Crime Department, Criminal Investigation Bureau
National Police Agency of Japan



U.S. Department of State

## CERTIFICATE TO BE ATTACHED TO DOCUMENTARY
## EVIDENCE ACCOMPANYING REQUISITIONS IN
## THE UNITED STATES FOR EXTRADITION
## AMERICAN FOREIGN SERVICE

07-07-2009
Place and Date *(mm-dd-yyyy)*

I, ___ James P. Zumwalt ___ , ___ Charge d'Affaires ad interim ___
Name                                    Title

of the United States of America at ___ Tokyo, Japan ___

hereby certify that the annexed papers, being ___ supporting documents ___

proposed to be used upon an application for the extradition from the United States of America

John Octavio Nunez ___

charged with the crime of ___ violation of the Narcotics and Psychotropics Control Law and ___

the ___ nts Control Law ___

alleged to have been committed in ___ Japan ___

are properly and legally authenticated so as to entitle them to be received in evidence for similar purposes by

the tribunals of ___ Japan ___ ,

as required by Title 18, United States Code, Section 3190.

In testimony whereof I hereunto sign my name and cause my seal of office to be affixed

this ___ seventh ___ day of ___ July 2009. ___
                                        Month and Year

___ Signature

James P. Zumwalt, Charge d'Affaires ad interim
Type Name and Title of Certifying Officer
of the United States of America.

DS-36
04-2007

平 成　21 年　7 月　/ 日

アメリカ合衆国の権限ある当局　殿

警察庁刑事局組織犯罪対策部長



　　　麻薬及び向精神薬取締法違反及び覚せい剤取締法違反被疑者　JONATHAN
　　　OCTAVIO NUNEZ の引渡請求に係る関係書類の追加送付について
　　日本国警察庁は、アメリカ合衆国の権限ある当局に対して、上記被疑者の引渡請
求に係る逮捕状（謄本）を追加送付します。
　　なお、ここに提出する関係書類は、正式に認証された書類に適正な英訳文が添付
されたものです。

逮　捕　状（通常逮捕）

| 被　疑　者　の　氏　名 | ジョナサン　オクタビオ　ヌニェス<br>JONATHAN　OCTAVIO　NUNEZ |
|---|---|
| 被　疑　者　の　年　齢<br>住　居　，　職　業<br>罪　　　　　　　　名<br>被　疑　事　実　の　要　旨<br>被疑者を引致すべき場所<br>請求者の官公職氏名 | 別紙逮捕状請求書のとおり |
| 有　　効　　期　　間 | 平　成　２　１　年　９　月　１　９　日　ま　で |

　有効期間経過後は，この令状により逮捕に着手することができない。この場合には，これを当裁判所に返還しなければならない。
　有効期間内であっても，逮捕の必要がなくなったときは，直ちにこれを当裁判所に返還しなければならない。

上記の被疑事実により，被疑者を逮捕することを許可する。

　平　成　２　１　年　６　月　１　９　日

　　　　横　須　賀　簡　易　裁　判　所

　　　　裁　判　官　　小　　川　　親　　　　　

| 逮捕者の官公職氏名 | |
|---|---|
| 逮　捕　の　年　月　日　時<br>及　　び　　場　　所 | 平　成　　　　年　　　月　　　日　午　　　　　　　時　　　分<br>で　逮　捕 |
| 記　　名　　押　　印 | |
| 引　致　の　年　月　日　時 | 平　成　　　　年　　　月　　　日　午　　　　　時　　　分 |
| 記　　名　　押　　印 | |
| 送致する手続をした<br>年　　月　　日　　時 | 平　成　　　　年　　　月　　　日　午　　　　　　時　　　分 |
| 記　　名　　押　　印 | |
| 送致を受けた年月日時 | 平　成　　　　年　　　月　　　日　午　　　　　　時　　　分 |
| 記　　名　　押　　印 | |



再請求

様式第11号（刑訴第199条,規則第139条,第142条,第143条）　　　　　　　（その1）

# 逮捕状請求書（甲）

平成21年　6月19日

横須賀簡易裁判所
　　　裁判官　　殿

神奈川県　横須賀　警察署
刑事訴訟法第199条第2項による指定を受けた司法警察員
警部　　　川井　卓　　㊞

　下記被疑者に対し,～～～～～～～～～～～～～～～被疑事件につき,
逮捕状の発付を請求する。

記

1　被疑者
　　氏　　名　ジョナサン　オクタビオ　ヌニェス
　　　　　　　JONATHAN　OCTAVIO　NUNEZ
　　年　　齢　1982年1月21日生（　27歳）
　　職　　業　不詳
　　住　　居　不詳

2　7日を超える有効期間を必要とするときは，その期間及び事由
　　期間　3ヶ月
　　事由　被疑者は国外へ逃亡中であり、その所在が不明であることから、逮捕状を執行す
　　るには相当期間を要するため。
3　引致すべき官公署又はその他の場所
　　神奈川県横須賀警察署又は逮捕地を管轄する警察署
4　逮捕状を数通必要とするときは，その数及び事由



5　被疑者が罪を犯したことを疑うに足りる相当な理由
　　(1) 司法警察員作成の捜査報告書
　　(2) 各種押収関係書類
　　(3) 輸入関係書類
　　(4) 鑑定嘱託書及び鑑定書の謄本
　　(5) 電話通信紙
　　(6) 共犯者の供述調書及び上申書

6　被疑者の逮捕を必要とする事由
　　被疑者は、本件捜査を察知して現在、国外に逃亡中であり、証拠隠滅のおそれがある
　　ため。

様式第１１号（刑訴第199条,規則第139条,第142条,第143条　逮捕状請求書（甲））　　　　　　　　　（その２）

7　被疑者に対し，同一の犯罪事実又は現に捜査中である他の犯罪事実について，前に逮捕状の請求又は
　その発付があったときは，その旨及びその犯罪事実並びに同一の犯罪事実につき更に逮捕状を請求する
　理由

　　被疑者に対する同一事実により、平成１６年８月１１日付，横須賀簡易裁判所裁判官高
　柳辞夫から逮捕状の発付を受け，以後２１回更新し、平成２１年３月１９日、横須賀簡
　易裁判所裁判官小川親治から逮捕状の発付を受け捜査したが、被疑者は平成１６年８月
　６日に本邦から出国し、その後現在までに入国した事実がなく、逮捕状の有効期間内に
　執行出来ない状況である。又、アメリカ合衆国国政府に対し、身柄引き渡し要請中である
　が未だ身柄が得られず、被疑者の身柄確保には相当期間を要することから、逮捕状の有
　効期間を３ヶ月として同一事実により再請求するものである。

8　３０万円（刑法，暴力行為等処罰に関する法律及び経済関係罰則の整備に関する法律の罪以外の罪に
　ついては，２万円）以下の罰金，拘留又は科料に当たる罪については，刑事訴訟法第199条第1項ただし
　書に定める事由



9　被疑事実の要旨

　別紙記載のとおり

別　紙

被疑事実の要旨

　被疑者は、Ｂａｂｅ　Ａｎｔｏｎｉｏ　Ｃｏｌｅ、Ｗｉｌｌｉａｍ　Ｅｕｇｅｎ
ｅ　Ｊｅｎｋｉｎｓ　Ｊｒ他数名と共謀のうえ、みだりに、営利の目的で、麻薬で
あるＭＤＭＡ及び覚せい剤を本邦に輸入することを企て、

　第１　平成１６年７月ころ、健康補助食品として偽装した麻薬であるＭＤＭＡを
　　　米軍非公用軍事郵便内に隠匿し、カナダ国内の郵便局からＭｒ．Ｍｒｓ　Ｊ
　　　ｏｈｎ　Ｐａｒｋｅｒを発送人として、在日米海軍横須賀基地福利厚生部隊
　　　（私書箱６０）受取人名義Ｂａｂｅ　Ａ．Ｃｏｌｅ宛てに発送し、平成１６
　　　年７月２８日（現地時間）アメリカ合衆国ワシントン州シアトル発ユナイテ
　　　ッド航空８７５便に搭載させ、平成１６年７月２９日午後２時４０分ころ、
　　　千葉県成田市所在　新東京国際空港に到着した同航空便から、情を知らない
　　　空港職員をして前記ＭＤＭＡが隠匿された非公用軍事郵便を機外に搬出させ
　　　て本邦内に持ち込み、もって、麻薬であるＭＤＭＡ２９，８５９錠を輸入し

　第２　平成１６年７月ころ、健康補助食品として偽装したＭＤＭＡ、ＭＤＭＡと
　　　覚せい剤が含有する錠剤、並びに覚せい剤を米軍非公用軍事郵便内に隠匿し、
　　　カナダ国内の郵便局からＭｒ．ＭｒｓＬｏｎｇｗｏｒｔｈを発送人として、
　　　在日米海軍横須賀基地福利厚生部隊（私書箱６０）受取人Ｗｉｌｌｉａｍ
　　　Ｊｅｎｋｉｎｓ宛てに発送し、平成１６年７月２８日（現地時間）アメリカ
　　　合衆国ワシントン州シアトル発ユナイテッド航空８７５便に搭載させ、平成
　　　１６年７月２９日午後２時４０分ころ、千葉県成田市所在　新東京国際空港
　　　に到着した同航空便から、情を知らない空港職員をして前記ＭＤＭＡ及び覚
　　　せい剤などが隠匿された非公用軍事郵便を機外に搬出させて本邦内に持ち込
　　　み、もって、麻薬であるＭＤＭＡ１３７錠、及びＭＤＭＡと覚せい剤が含有
　　　する錠剤２０，０７６錠、並びに覚せい剤約１３６．７３グラムを輸入し
　たものである。

　　　　　　　　　　　　　　　　　　これは謄本である
　　　　　　　　　　　　　　　　　平成２１年６月１９日
　　　　　　　　　　　　　　　　　　横須賀簡易裁判所
　　　　　　　　　　　　　　　　　裁判所書記官　弦巻英二

　　この書類と同種の書類は，日本国における逃亡犯罪人引渡請求事件の
審理において，証拠として許容し得るものであることを証明する。


　　平成**21**年**6**月**30**日


　　　法務省刑事局国際課長

　　　　検　事　　　和田　柏樹

**NATIONAL POLICE AGENCY**
**J A P A N**



1-2, 2-Chome, Kasumigaseki
Chiyoda-ku, Tokyo, 100-8974
Japan

July  /  ,2009

To: The Competent Authority
of the United States of America

Additional Documentary Evidence concerning the Request for Extradition of JONATHAN OCTAVIO NUNEZ, the suspect in the case of violation of the Narcotics and Psychotropics Control Law and the Stimulants Control Law.

The National Police Agency, Japan, respectfully submits the certified copy of Arrest Warrant as documentary evidence concerning the request for extradition of the above-mentioned suspect to the Competent Authority of the United States of America.

The document submitted herein is duly certified and authenticated together with certified translations in English.

Kazuo   MIYAMOTO
Director-General
Organized Crime Control Department
Criminal Investigation Bureau
National Police Agency of Japan

WARRANT OF ARREST

Name of Suspect: JONATHAN OCTAVIO NUNEZ

Age:

Residence:

Occupation:

Nature of Offenses:                    As per attached request for warrant of arrest

Summary of Offenses:

Place, the suspect shall be taken to:

Warrant requested by:


Warrant valid until: September 19, 2009


This is to authorize the arrest of the aforementioned suspect based on the allegation(s) mentioned above.

Arrest shall not be effected on this warrant after its validity expired. If expired, this warrant shall be returned to this issuing court. Whenever the arrest becomes unnecessary, this warrant shall immediately be returned to this issuing court even if it is still valid.


OGAWA, Shinji (Seal)

Judge

Yokosuka Summary Court

Date: June 19, 2009


Arrested by ( name and official title):

Time, date and place of arrest:

Signature and seal:

Time and date of police custody:

Signature and seal:

Time and date of transfer of arrestee to public prosecutor:

Signature and seal:

Time and date of public prosecutor's receipt of arrestee

Signature and seal:

Request for Warrant of Arrest

Date: June 19, 2009

To      : Judge, Yokosuka Summary Court

From: KAWAI Takashi, Police Inspector, Yokosuka Police Station, Kanagawa Prefecture
        Judicial Police Officer designated under Par.2, Art.199 of the Code of Criminal
        Procedure

It is requested that an arrest warrant be issued against the following suspect for the
alleged violations of the Narcotics & Psychotropics Control Law and the Stimulants
Control Law.

1   Suspect
        Name: JONATHAN OCTAVIO NUNEZ
        Date of Birth: January 21, 1982 (27 years old)
        Occupation: unknown
        Residence: unknown

2   If the warrant's validity of more than seven days is required, specify the term of the
    validity and the reason(s) therefore.
    1)   Term of the validity: three months
    2)   Reason: A reasonable period of time is deemed necessary to arrest the suspect
         as he is still at large overseas and his whereabouts is unknown.

3   Public office or other place, the suspect shall be taken to: Yokosuka Police Station,
    Kanagawa Prefecture or the police station which has jurisdiction over the place of
    arrest.

4   If several arrest warrants are required, specify the number and the reason(s)
    therefore.          N/A

5   Probable cause the suspect committed the offenses:
    1)   Reports of investigation prepared by judicial police officers
    2)   Seizure-related documents
    3)   Import-related documents
    4)   Certified copies of requests for drug analysis and laboratory reports
    5)   Telephonic message sheets

6)   Statements made by co-suspects

6   Reasonable grounds for requiring the arrest of the suspect:
The suspect learned of the investigation into the offenses, is at large overseas and would probably destroy evidence.

7   If a warrant of arrest was requested or issued already against the suspect for the same fact(s) or a different fact currently under investigation, describe it was requested or issued and specify the fact(s) and the reasons(s) why a warrant of arrest is requested again for the same fact(s).

On August 11, 2004, TAKAYANAGI Shozo, a Yokosuka Summary Court judge, issued the arrest warrant against the suspect for the same facts. Afterward, we prefer to renew the arrest warrant 21 times. In a continued effort to pursue the suspect, the warrant was issued on March 19, 2009 by Judge OGAWA Shinji, Yokosuka Summary Court, but it is unlikely to be served on the suspect before its validity expires as records show that the suspect has not entered Japan since he left on August 6, 2004. Although his extradition was requested to the U.S. authorities, the suspect has not been arrested yet. A reasonable period of time is deemed necessary to arrest the suspect along with a continued investigation so that an arrest warrant of three-month validity is requested to be issued again for the same facts.

8   Specify the reason(s) provided under the provisos, Para. 1, Art. 199 of the Code of Criminal Procedure if the offense is subject to a fine not exceeding 300,000 yen, penal detention or a minor fine, or ( if the offense is other than those provided under the Penal Code, the Law to Punish Violent Acts, etc, and the Law to Modify Penal Provisions for the Economic Affairs, and is subject to a fine not exceeding 20,000 yen)

N/A

9   Summary of Offenses:
As per attached summary of offenses

Attachment

Summary of Offenses

Conspiring with Babe Antonio Cole, William Eugene Jenkins Jr. et al. to illicitly import narcotics, to wit, MDMA and methamphetamine into Japan for profit·making, the suspect allegedly did,

1. around July 2004, conceal supplement·disguised MDMA into the parcel routed by U.S. Military unofficial mail,

   send the parcel to the addressee "Babe A. Cole, Morale Welfare Recreational Unit(PO Box60), U.S. Naval Yokosuka Base, Japan" from a post office in Canada, describing "Mr. and Mrs. John Parker" as a sender,

   have the parcel on board the United Airlines Flight #875 departing Seattle, Washington, the U.S.A. on July 28, 2004 (local time),

   bring the parcel into Japan via airport personnel who unknowingly unloaded it from the airplane arriving at the Narita International Airport in Narita city, Chiba prefecture on July 29, 2004 at approx 2:40 p.m., and thus import 29,859 MDMA tablets.

2. around July 2004, conceal into the parcel routed by U.S. Military unofficial mail MDMA, mixed MDMA/methamphetamine tablets and methamphetamine which are disguised as supplements,

   send the parcel to the addressee "William Jenkins, Morale Welfare Recreational Unit(PO Box60), U.S. Naval Yokosuka Base, Japan" from a post office in Canada, describing "Mr. and Mrs. Longworth" as a sender,

   have the parcel on board the United Airlines Flight #875 departing Seattle, Washington, the U.S.A. on July 28, 2004 (local time),

   bring the parcel into Japan via airport personnel who unknowingly unloaded it from the airplane arriving at the Narita International Airport in Narita city, Chiba prefecture on July 29, 2004 at approx 2:40 p.m., and thus import 137 MDMA tablets, 20,076 mixed MDMA/methamphetamine tablets and 136.73 grams of methamphetamine.

This is to certify that this copy is true to the original.

Court Secretary TSURUMAKI, Eiji (Signature & Seal)

Yokosuka Summary Court

Date: June 19, 2009

This is to certify that documents of this kind are admissible as evidence in Japanese court in its examination of requests for extradition.

June 30, 2009

Masaki WADA (Seal)

Prosecutor

Director

International Affairs Division

Criminal Affairs Bureau

Ministry of Justice

This is to certify that Yoshinori MOMONOI has translated the foregoing documents into English and it is true to the Japanese original.

桃井 義典

Yoshinori MOMONOI

Police Inspector

International Investigative Operations Division

Organized Crime Department, Criminal Investigation Bureau

National Police Agency of Japan

This is to certify that the said officer, with sufficient ability, has translation the Japanese original into English.

鶴谷 明憲

Akinori  TSURUYA

Director

International Investigative Operations Division

Organized Crime Department, Criminal Investigation Bureau

National Police Agency of Japan